IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO.: CR 24-1442 MIS |
| ) | |
| vs. ) | |
| ) | |
| ARMANDO CONRAD GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# SCHEDULING ORDER

The Court, having granted the motion of the United States and the defendants to declare this case complex, and considering the parties proposed scheduling order, hereby imposes the following deadlines, without objection from the parties, in this case:

1. March 10, 2025: Completion of discovery by the government, including *Brady* material (except for the government's continuing duty to disclose);

2. April 7, 2025: Completion of reciprocal discovery by the defendants (except for the defendants= continuing duty to disclose);

3. June 16, 2025: Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

4. June 30, 2025: Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions;

5. July 14, 2025: Government's expert witness notices and reports; Fed R. Crim. P. 12 pretrial motions

6. July 28, 2025: Defendants' expert witness notices and reports; responses to Fed. R. Crim. P. 12 pretrial motions;

7. August 11, 2025: Defendants' and Government's *Daubert* motions;

8. August 25, 2025: motions in limine; notice of defenses pursuant to Fed. R. Crim. P. 12.1 through 12.3;

9. September 8, 2025: Government's and Defendants' responses to *Daubert* motions; responses to notices of defenses; responses to motions in limine;

10. September 15, 2025: Fed. R. Evid. 404(b) notices; jury instructions, proposed *voir dire*; and exhibit and witness lists;

11. **September 19, 2025: Pretrial conference and final motions hearing at 9:00 a.m.** Federal Courthouse, Las Cruces, New Mexico; and

12. **October 6, 2025**: **Jury Selection/Trial at 9:00 a.m.** Federal Courthouse, Las Cruces, New Mexico.

The Court further orders that the United States shall make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972. Furthermore, the United States shall make available to the defendants one week prior to the time required by the applicable law all material for which disclosure is mandated by the Jencks Act, 18 U.S.C. § 3500.

The Court further orders, pursuant to 18 U.S.C.§3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

_____
MARGARET I. STRICKLAND
United States District Judge

Submitted by:
Renee L. Camacho
Kirk Williams
Assistant United States Attorneys

Approved by:
Ken Del Valle           Monica Barreras
Orlando Mondragon       Brock Benjamin
Justine Fox-Young       Cori Harbour
John Granberg           Damian Rasmussen
Mario Carreon           Gregory Acton
Noel Orquiz
Russell Dean Clark
Felix Valenzuela